### Roland PATTERSON v. STATE.
#### 8 Div. 440.

Supreme Court of Alabama.

June 25, 1932.

Hoyt Long, of Guntersville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Roland Patterson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Patterson v. State, 142 So. 840.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.